JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBELY ROBLERO-VASQUEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-05487-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the First Amended Petition in Part and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 1-3 of the First Amended Petition are granted, and Grounds 4 and 5 are denied.

DATED: November 20, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE